**Order filed December 13, 2011, Withdrawn, Appeal Reinstated and Order filed December 22, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00381-CR

_____

**JAMICHAEL DEMON HENRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 1269585**

## O R D E R

On December 13, 2011, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for counsel's failure to file a brief.

Today, appellant filed a motion to reinstate the appeal because appellant's brief has been filed. The motion is GRANTED. Our order of December 13, 2011, is WITHDRAWN. The appeal is REINSTATED.

PER CURIAM